AO 442 (Rev 01/09) Arrest Warrant

1958613

# UNITED STATES DISTRICT COURT
## for the
### District of Columbia

United States of America
v.

NATHANIEL PERKINS

*Defendant*

Case: 1:23-cr-00274
Assigned To : Friedrich, Dabney L.
Assign. Date : 8/16/2023
Description: INDICTMENT (B)

U.S. MARSHAL-DC PM12:0
RECEIVED AUG 16 '23

## ARREST WARRANT

To:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*    NATHANIEL PERKINS

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☐ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 922(g)(1) - (Unlawful Possession of Ammunition by a Person Convicted of a Crime Punishable of Imprisonment for a Term Exceeding One Year)

Date:    08/15/2023

Moxila A. Upadhyaya
Digitally signed by Moxila A. Upadhyaya
Date: 2023.08.15 17:03:43 -04'00'

*Issuing officer's signature*

City and state:    Washington, DC

MOXILA A. UPADHYAYA, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 8/16/2023, and the person was arrested on *(date)* 8/18/2023
at *(city and state)* Washington DC

Date: 8/18/2023

*Arresting officer's signature*

Alex Adkins  DUSM
*Printed name and title*